UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA

   -against-                              ORDER
                                         07 Cr. 325 (PAC)

GUI HONG CHEN,
                 **Defendant**
---------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __0 2 2007__

    Upon the application of Mark S. DeMarco, attorney for the above named defendant, and upon all proceedings previously herein, it is apparent the defendant Gui Hong Chen is financially unable to pay the expense of retaining the services of an investigator and said services are absolutely necessary to the adequate defense of the defendant in this matter. The investigation shall include locating and interviewing witnesses, gathering documents and reports, conferences with counsel and defendant and other investigative matters both in and outside the Southern District of New York.

    It is hereby **ORDERED**, pursuant to 18 U.S.C. 3006(A), that Joseph P. Dwyer of Investigative Resource Group, Inc., P.O. BOX 873, Shoreham, NY 11786 a licensed and bonded investigator in the state of New York is to be appointed in the above captioned action to provide investigative services on behalf of the defendant and counsel and such will be compensated in accordance with the Criminal Justice Act on an interim basis at the rate of $85.00 per hour plus expenses reasonably incurred. It is estimated that ~~10~~ hours of investigative services will be required at this time. If additional hours of investigation are required the court will be so petitioned in writing.

DATED: June   , 2007

                SO ORDERED: _____
                               HONORABLE PAUL A. CROTTY

**MEMO ENDORSED**

Application **DENIED**
SO Ordered

July 2, 2007
Both fee/hour and hours requested are excessive. The request is denied.
SO Ordered

**MEMO ENDORSED**

LAW OFFICES
# Mark S. DeMarco
2027 WILLIAMSBRIDGE ROAD
SECOND FLOOR
BRONX, NEW YORK 10461

TELEPHONE
(718) 239-7070

FACSIMILE
(718) 239-2141

June 29, 2007

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**VIA FAX (212) 805-6304**

          Re:    ***United States v. Gui Hong Chen***
                 07 Cr. 325 (PAC)

Your Honor:

      Mr. Chen has indicated that he may go to trial in the above referenced matter. In order to adequately prepare for the trial, it is respectfully requested that Your Honor permit me to use Investigative Resources Group, Inc., to assist in my preparation and to conduct an investigation on my behalf. Accordingly, I have enclosed a proposed order form for that purpose.

      Thank you for your attention to this matter.

Very truly yours,

Mark S. DeMarco

MSD:mc