UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

GUI HONG CHEN,

            **Defendant**
----------------------------------------------------------X

ORDER
07 Cr. 325 (PAC)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07

    Upon the application of Mark S. DeMarco, attorney for the above named defendant, and upon all proceedings previously herein, it is apparent the defendant Gui Hong Chen is financially unable to pay the expense of retaining the services of an investigator and said services are absolutely necessary to the adequate defense of the defendant in this matter. The investigation shall include locating and interviewing witnesses, gathering documents and reports, conferences with counsel and defendant and other investigative matters both in and outside the Southern District of New York.

    It is hereby **ORDERED**, pursuant to 18 U.S.C. 3006(A), that Joseph P. Dwyer of Investigative Resource Group, Inc., P.O. BOX 873, Shoreham, NY 11786 a licensed and bonded investigator in the state of New York is to be appointed in the above captioned action to provide investigative services on behalf of the defendant and counsel and such will be compensated in accordance with the Criminal Justice Act on an interim basis at the rate of $80.00 per hour plus expenses reasonably incurred. It is estimated that 50 hours of investigative services will be required at this time. If additional hours of investigation are required the court will be so petitioned in writing.

DATED: July 6, 2007

SO ORDERED: _____
HONORABLE PAUL A. CROTTY