UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

                 - against -

Gui Hong Chen, also known as Silly Boy

                         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 8 2007

1:07 Cr. 325 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

The pre-trial conference previously scheduled for Wednesday, August 29, 2007, has been rescheduled to Friday, September 14, 2007 at 11:45 a.m in Courtroom 20-C. Upon the consent of all parties, pursuant to 18 U.S.C. 3161 (h)(8)(A), the time from August 29, 2007 through September 14, 2007 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public in a speedy trial.

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Dated:    New York, New York
           August 28, 2007