AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

GUI HONG CHEN a/k/a

"Silly Boy."

**APPEARANCE**

Case Number: 07 CR 325 (PAC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendant Gui Hong Chen

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/30/2007 | *[signature]* |
| Date | Signature |
| | JONATHAN MARKS     JM-9696 |
| | Print Name     Bar Number |
| | 220 Fifth Avenue, Suite 300 |
| | Address |
| | New York     NY     10001 |
| | City     State     Zip Code |
| | (212) 545-8008     (212) 889-3595 |
| | Phone Number     Fax Number |