

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 21, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07
```

By Facsimile

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

Application GRANTED. The conference is adjourned to 12/13/07 at 3:00 pm in Courtroom 20-C.

Re:   United States v. Gui Hong Chen
      07 Cr. 325 (PAC)

SO ORDERED:

_/s/ Paul A. Crotty_
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Dear Judge Crotty:

The Government respectfully submits this letter on behalf of the parties to request an adjournment of the November 26, 2007 conference in the above-captioned matter until mid-December 2007, subject, of course, to the Court's availability. Since the last conference, the parties have continued their plea discussions and believe a disposition is near. Additional time would be helpful in finalizing a disposition.

Should this request be granted, the Government would ask that time be excluded under the Speedy Trial Act until the adjourn date. The adjournment would serve the interests of justice by allowing the parties to resolve this matter short of trial. Jonathan Marks, Esq., counsel for the defendant, has consented to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _/s/ W.S. Wilson Leung_
W.S. Wilson Leung
Assistant United States Attorney
(212) 637-2401

**MEMO ENDORSED**

Cc:   Jonathan Marks, Esq. (By facsimile)

TOTAL P.002