

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 13, 2007

**By Facsimile**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: DEC 1 3 2007

Re:   **United States v. Gui Hong Chen**
      07 Cr. 325 (PAC)

Dear Judge Crotty:

The Government respectfully submits this letter on behalf of the parties to request an adjournment of today's conference in the above-captioned matter until mid-January 2008. Since the last conference, the parties have been pursuing a disposition of this matter, and the requested adjournment would allow the parties to advance their plea discussions further.

Should this request be granted, the Government would ask that time be excluded under the Speedy Trial Act until the adjourn date. The adjournment would serve the interests of justice by allowing the parties to resolve this matter short of trial. Jonathan Marks, Esq., counsel for the defendant, has consented to this request.

**MEMO ENDORSED**

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
W.S. Wilson Leung
Assistant United States Attorney
(212) 637-2401

Cc:   Jonathan Marks, Esq. (By facsimile)

Application GRANTED. The conference is adjourned to 1/23/08 at 3:30 pm in Courtroom 20-C

SO ORDERED: DEC 1 3 2007

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE   TOTAL P.002