

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2008

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: JAN 1 4 2008    │
└─────────────────────────────┘
```

**By Facsimile**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

Re:  United States v. Gui Hong Chen
     07 Cr. 325 (PAC)

Dear Judge Crotty:

The Government respectfully submits this letter on behalf of the parties to request an adjournment of the conference scheduled for January 23, 2008. The parties are in the process of finalizing a resolution and anticipate a resolution by early February. After conferring with Chambers, the parties would respectfully suggest either February 6, 2008 at 3:30 pm, or February 7, 2008 at 3:15 pm.

Should this request be granted, the Government would ask that time be excluded under the Speedy Trial Act until the adjourn date. The adjournment would serve the interests of justice by allowing the parties to resolve this matter short of trial. Jonathan Marks, Esq., counsel for the defendant, has consented to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
W.S. Wilson Leung
Assistant United States Attorney
(212) 637-2401

Cc:  Jonathan Marks, Esq. (By facsimile)

---

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 2/6/08 at 3:30 pm in Courtroom 20-C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 1/23/08 until 2/6/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public in a speedy trial. So Ordered.

SO ORDERED:

*Paul Crotty  1/14/08*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE